IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JULIA A. WILLFOND                                                                    PLAINTIFF

v.                        No. 4:18-CV-00146-JLH-JTR

NANCY A. BERRYHILL,
**Deputy Commissioner for Operations,
performing the duties and functions
not reserved to the Commissioner
of Social Security Administration**                                    DEFENDANT

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is REVERSED AND REMANDED with instructions to develop the record as necessary—particularly concerning Willfond's mental impairments—and to fully consider all of Willfond's impairments.

DATED this 27th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE