IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

JULIA A. WILLFOND                                                                                          PLAINTIFF

v.                              No. 4:18-CV-00146-JLH-JTR

NANCY A. BERRYHILL,
**Deputy Commissioner for Operations,
performing the duties and functions
not reserved to the Commissioner
of Social Security Administration**                                                             DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is REVERSED AND REMANDED. Judgment is entered in favor of the Plaintiff.

DATED this 27th day of March, 2019.

_____
UNITED STATES DISTRICT JUDGE